UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Sky Medical Supply Inc.

              Plaintiff(s)

-against-

SCS Support Claims Services, Inc. et al.

              Defendant(s)

AFFIDAVIT OF SERVICE
OF SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR
OBJECTS OR TO PERMIT INSPECTION OF
PREMISES IN A CIVIL ACTION

Civil Action No. CV 12-6383

The undersigned Darlin J. Frometa, being duly sworn, deposes and states as follows under penalty of perjury.

Deponent is not a party herein, is over 18 years of age and resides in Brooklyn, NY. On Monday, March 11, 2013 at 2:36 PM, at 111 8th Ave. in New York, NY, deponent served the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, regarding Patient Focus Medical Examinations, P.C., on CT Corporation as registered agent for JP Morgan Chase Bank, Defendant herein named, by delivering thereat a true copy thereof to Aixa Flores personally, known by deponent to be an employee of CT Corporation, Department of the State of New York and authorized to accept delivery. Deponent knew CT Corporation to be authorized by law to accept service of process on behalf of Defendant.

Upon Deponent's personal observation at the time of service, Aixa Flores may be described as follows: Female, Brown skin, black hair, Glasses, 51-65 Yrs., 5'4"-5'8", 131-160 Lbs.

_____
Darlin J. Frometa
(License No. 1342966)

The above affiant, whose identity is personally known to me based on reliable photographic identification, personally came before me and, after being duly sworn, testified that the contents of the within affidavit are true.

In witness whereof, I have hereunto affixed my hand on 03/12/2013.

_____
Notary Public

Leonid CHERNUKHIN
ID No. 01CH6251249
Qualified in Kings County
Commission Expires 11/14/2015