UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SKY MEDICAL SUPPLY, INC.,

       Plaintiff,

 -against-

SCS SUPPORT CLAIMS SERVICES, INC., et al.,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPEARANCE

12-CV-06383 (JFB) (ETB)

  PLEASE TAKE NOTICE that on behalf of the Defendant, Nathan Zemel, M.D., in the above-captioned lawsuit, the undersigned attorney will appear as counsel of record, and all pleadings, papers, and documents required to be served in this action upon the Defendant, Nathan Zemel, M.D., should be served upon the undersigned.

Dated: Great Neck, New York
   April 26, 2013

GARFUNKEL WILD, P.C.
*Attorneys for Defendant NATHAN ZEMEL, M.D.*

By: /s/ *Andrew L. Zwerling*
   Andrew L. Zwerling, Esq.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

2498073v.1