David S. Douglas (DD-6250)
GALLET DREYER & BERKEY, LLP
845 Third Avenue, 8th Floor
New York, New York 10022
(212) 935-3131
Attorneys for Defendants
Nationwide Management Inc.,
Benjamin Osiashvili, Mikael
Osiashvili, Svetlana Osiashvili,
and Alex Vayner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKY MEDICAL SUPPLY INC.,

                Plaintiff,

        12 Civ. 6383 (JFB) (AKT)

   -against-

        **NOTICE OF MOTION**

SCS SUPPORT CLAIMS SERVICES, INC., et al.,

                Defendants.
------------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the annexed affidavit of David S. Douglas, and the exhibits thereto, and the accompanying memorandum of law, defendants Nationwide Management Inc., Benjamin Osiashvili, Mikael Osiashvili, Svetlana Osiashvili, and Alex Vayner ("Nationwide Defendants") will move this Court, before the Honorable Joseph F. Bianco, at 100 Federal Plaza, Central Islip, New York 11722, on the 9th day of January, 2014 at 4:30 p.m., or as soon thereafter as counsel may be heard, pursuant to Fed R. Civ. P. 12(b)(6) and 9(b), for an Order dismissing this action in its entirety as against the Nationwide Defendants and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 23, 2013

GALLET DREYER & BERKEY, LLP

By: _____
David S. Douglas (DD-6250)

845 Third Avenue, 8th Floor
New York, New York 10022
(212) 935-3131

Attorneys for Defendants
Nationwide Management Inc.,
Benjamin Osiashvili, Mikael
Osiashvili, Svetlana Osiashvili,
and Alex Vayner

00440201.DOCX