| A. Claim # | B. Patient | C. D.O.S. | D. Claim Amount | E. Suit Amount | F. Recouped & Offset | G. Balance | H. Court Costs | I. Court Costs Recouped | J. Court Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 0260911110101022 | E.B. | 6/24/2009 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 2/8/2013 |
| 0291298980101016 | D.H. | 7/8/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 2/8/2013 |
| 0177480290101030 | J.K. | 8/15/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 2/8/2013 |
| 0177480290101030 | G.K. | 8/15/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 2/8/2013 |
| 0346432050101011 | R.P. | 7/8/2009 and 8/10/2009 | 2573.59 | 2573.59 | 0.00 | 2573.59 | 45.00 | 0.00 | 2/8/2013 |
| 0318538860101019 | S.L. | 4/10/2009 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 2/8/2013 |
| 0323699580101060 | D.A. | 5/7/2009 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 2/6/2013 |
| 0094178270101042 | M.L. | 10/10/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 11/16/2012 |
| 0336315480101028 | W.J. | 12/24/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 2/22/2013 |
| 0373672770101017 | C.D. | 1/18/2010 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 1/4/2013 |
| 0254211790101022 | E.R. | 9/12/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 11/9/2011 |
| 0279407110101046 | B.P. | 8/25/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 11/9/2011 |
| 0275599230101023 | D.K. | 9/16/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 5/12/2011 |
| 0288764460101029 | R.B. | 8/26/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 5/6/2011 |
| 0306357390101017 | M.R. | 11/25/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 7/20/2011 |
| 0279877020101015 | L.V. | 11/21/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 5/4/2011 |
| 0298307770101020 | K.B. | 9/1/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 5/4/2011 |
| 0334023940101016 | K.P. | 9/22/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 5/6/2011 |
| 0328094670101011 | T.C. | 10/7/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 7/20/2011 |
| 0328094670101011 | R.D. | 10/6/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 7/20/2011 |
| 0344549660101016 | R.E. | 9/5/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 7/20/2011 |
| 0344549660101016 | R.T. | 9/1/2008 | 445.50 | 445.50 | 0.00 | 445.50 | 45.00 | 0.00 | 7/20/2011 |
| 0342950140101018 | A.K. | 6/17/2008 and 6/28/2008 | 1774.09 | 1774.09 | 0.00 | 1774.09 | 45.00 | 0.00 | 5/4/2011 |
| 034582521011014 | K.P. | 6/16/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 6/6/2012 |
| 0101466470101099 | N.A. | 5/27/2008 and 6/10/2008 | 1786.44 | 1786.44 | 0.00 | 1786.44 | 45.00 | 0.00 | 6/6/2012 |
| 0323576180101031 | L.E. | 6/21/2008 | 828.15 | 828.15 | 0.00 | 828.15 | 45.00 | 0.00 | 6/6/2012 |

**EXHIBIT 7 – Damages Spreadsheet** (12-cv-6383)

| A. Claim # | B. Patient | C. D.O.S. | D. Claim Amount | E. Suit Amount | F. Recouped & Offset | G. Balance | H. Court Costs | I. Court Costs Recouped | J. Court Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 0292923910101021 | M.Q. | 3/21/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 6/6/2012 |
| 0345083050101013 | Y.K. | 7/2/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 6/6/2012 |
| 0153785280101057 | L.W. | 6/11/2008 | 445.50 | 445.50 | 0.00 | 445.50 | 45.00 | 0.00 | 7/31/2012 |
| 0311125160101027 | S.C. | 6/20/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 6/6/2012 |
| 0312276790101025 | J.M. | 5/20/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 6/6/2012 |
| 0307545890101029 | W.P. | 6/20/2008 | 828.15 | 828.15 | 0.00 | 828.15 | 45.00 | 0.00 | 6/6/2012 |
| 0108211570101026 | N.L. | 5/5/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 6/6/2012 |
| 0310838610101022 | T.L. | 3/12/2008 | 1362.25 | 1362.25 | 0.00 | 1362.25 | 45.00 | 0.00 | 6/1/2012 |
| 0187875550101018 | D.M. | 6/10/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 6/1/2012 |
| 03429318901010l0 | W.L. | 5/20/2000 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 3/20/2013 |
| 0317104900101013 | D.A. | 6/4/2008 | 445.50 | 445.50 | 0.00 | 445.50 | 45.00 | 0.00 | 6/7/2012 |
| 0266312600101016 | J.C. | 7/1/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 7/5/2011 |
| 0266312600101016 | V.C. | 6/30/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 7/5/2011 |
| 0239712010101064 | T.G. | 10/9/2007 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 1/7/2013 |
| 0191917190101091 | A.F. | 5/26/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 6/7/2012 |
| 0276455270101010 | E.B. | 6/23/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 6/7/2012 |
| 0301453370101039 | D.P. | 6/3/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 6/8/2010 |
| 0338356800101015 | A.N. | 6/20/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 6/17/2013 |
| 0338356800101015 | M.W. | 6/23/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 6/17/2013 |
| 0341751410101014 | K.W. | 6/16/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 6/1/2012 |
| 0341751410101014 | C.P. | 6/12/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 6/1/2012 |
| 0335103950101012 | A.R. | 2/23/2008 | 1676.50 | 1676.50 | 0.00 | 1676.50 | 45.00 | 0.00 | 7/26/2010 |
| 0243695940101052 | R.M. | 3/31/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 7/27/2010 |
| 0308406910101011 | W.O. | 3/20/2008 | 1173.90 | 1173.90 | 0.00 | 1173.90 | 45.00 | 0.00 | 7/27/2010 |
| 0331898450101024 | C.N. | 3/10/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 12/9/2010 |
| 0289114370101025 | M.L. | 3/30/2008 | 636.44 | 636.44 | 0.00 | 636.44 | 45.00 | 0.00 | 12/9/2010 |

**EXHIBIT 7 – Damages Spreadsheet** (12-cv-6383)

| A. Claim # | B. Patient | C. D.O.S. | D. Claim Amount | E. Suit Amount | F. Recouped & Offset | G. Balance | H. Court Costs | I. Court Costs Recouped | J. Court Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 0107512710101177 | J.M. | 2/22/2008 | 1291.63 | 1291.63 | 0.00 | 1291.63 | 45.00 | 0.00 | 12/1/2010 |
| 0261078710101015 | I.R. | 2/22/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 12/9/2010 |
| 0175210540101064 | A.B. | 3/10/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 6/9/2010 |
| 0274741670101011 | G.W. | 3/10/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 7/26/2010 |
| 0284201740101028 | C.W. | 2/19/2008 | 1173.90 | 1173.90 | 0.00 | 1173.90 | 45.00 | 0.00 | 7/26/2010 |
| 0241186410101030 | P.E. | 3/28/2008 | 1652.63 | 1652.63 | 0.00 | 1652.63 | 45.00 | 0.00 | 7/26/2010 |
| 033004811301010128 | S.R. | 3/28/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 12/3/2010 |
| 0197969950101047 | W.M. | 2/22/2008 | 1173.90 | 1173.90 | 0.00 | 1173.90 | 45.00 | 0.00 | 12/6/2010 |
| 0293387840101015 | S.H. | 3/1/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 3/31/2011 |
| 0335103950101012 | M.B. | 2/29/2008 | 1173.90 | 1173.90 | 0.00 | 1173.90 | 45.00 | 0.00 | 03/31/2011 |
| 0119421050101076 | M.G. | 3/10/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 3/31/2011 |
| 0138326930101039 | A.N. | 3/6/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 3/31/2011 |
| 0136782360101083 | F.A. | 3/2/2008 | 1173.90 | 1173.90 | 0.00 | 1173.90 | 45.00 | 0.00 | 3/31/2011 |
| 0334569240101015 | F.M. | 3/20/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 7/9/2010 |
| 281610910101035 | J.D. | 4/7/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 12/1/2010 |
| 03336534910101024 | A.S. | 3/27/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 4/18/2012 |
| 0294036740101018 | O.A. | 4/7/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 12/1/2010 |
| 0203200420101033 | L.V. | 3/5/2008 | 636.44 | 636.44 | 0.00 | 636.44 | 45.00 | 0.00 | 12/1/2010 |
| 0304672650101024 | M.C. | 2/14/2008 | 1175.43 | 1175.43 | 0.00 | 1175.43 | 45.00 | 0.00 | 12/1/2010 |
| 0312254930101015 | M.S. | 3/9/2007 | 844.13 | 844.13 | 0.00 | 844.13 | 45.00 | 0.00 | 1/15/2010 |
| 0092305230101016 | G.B. | 3/9/2007 | 806.64 | 806.64 | 0.00 | 806.64 | 45.00 | 0.00 | 1/15/2010 |
| 0999204940101018 | D.H. | 11/13/2006 | 844.13 | 844.13 | 0.00 | 844.13 | 45.00 | 0.00 | 2/19/2010 |
| 207289900101031 | M.T. | 04/15/2008 | 502.63 | 502.63 | 477.50 | 25.13 | 45.00 | 45.00 | 9/30/2009 |
| 282836860101027 | T.L. | 05/07/2008 | 502.63 | 502.63 | 452.37 | 50.26 | 45.00 | 45.00 | 9/22/2009 |
| 304946410101015 | N.R. | 03/25/2008 | 502.63 | 502.63 | 452.37 | 50.26 | 45.00 | 45.00 | 9/15/2009 |
| 338090110101023 | D.R. | 03/25/2008 | 502.63 | 502.63 | 452.36 | 50.27 | 45.00 | 45.00 | 9/16/2009 |

**EXHIBIT 7 – Damages Spreadsheet** (12-cv-6383)

| A. Claim # | B. Patient | C. D.O.S. | D. Claim Amount | E. Suit Amount | F. Recouped & Offset | G. Balance | H. Court Costs | I. Court Costs Recouped | J. Court Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 306101920101034 | R.J. | 05/21/2008 | 506.66 | 506.66 | 455.99 | 50.67 | 45.00 | 45.00 | 10/19/2009 |
| 120822980101077 | R.M. | 01/08/2007 | 556.00 | 556.00 | 500.40 | 55.60 | 45.00 | 45.00 | 12/8/2009 |
| 027422313-0101-014 | A.P. | 12/07/2006 | 610.20 | 610.20 | 549.18 | 61.02 | 45.00 | 45.00 | 10/19/2009 |
| 293216940101056 | A.W. | 10/20/2008 | 624.09 | 624.09 | 561.68 | 62.41 | 45.00 | 45.00 | 11/30/2010 |
| 226145460101059 | J.G. | 12/15/2008 | 624.09 | 624.09 | 561.68 | 62.41 | 45.00 | 45.00 | 4/14/2010 |
| 286350590101030 | D.A. | 04/22/2008 | 841.33 | 841.33 | 757.20 | 84.13 | 45.00 | 45.00 | 9/15/2009 |
| 338477550101011 | A.S. | 03/19/2008 | 841.33 | 841.33 | 757.20 | 84.13 | 45.00 | 45.00 | 9/29/2009 |
| 294161200101033 | E.R. | 11/13/2008 | 624.09 | 624.09 | 530.48 | 93.61 | 45.00 | 45.00 | 12/9/2013 |
| 262024050101016 | V.L. | 09/26/2008 | 624.09 | 624.09 | 530.48 | 93.61 | 45.00 | 45.00 | 1/8/2014 |
| 305306220101029 | R.M. | 10/27/2008 | 624.09 | 624.09 | 530.48 | 93.61 | 45.00 | 45.00 | 5/9/2014 |
| 289779370101025 | W.R. | 11/29/2006 | 320.38 | 987.49 | 988.13 | 98.75 | 45.00 | 45.00 | 8/10/2009 |
| 289779370101025 | W.R. | 01/23/2007 | 766.50 | 987.49 | 988.13 | 98.75 | 0.00 | 0.00 | 8/10/2009 |
| 195028950101010 | P.G. | 04/13/2008 | 1150.00 | 1150.00 | 1035.00 | 115.00 | 45.00 | 45.00 | 9/30/2009 |
| 288978940101025 | S.L. | 03/22/2008 | 1150.00 | 1150.00 | 1035.00 | 115.00 | 45.00 | 45.00 | 9/29/2009 |
| 102604200101018 | O.F. | 05/14/2008 | 1150.00 | 1150.00 | 1035.00 | 115.00 | 45.00 | 45.00 | 8/31/2009 |
| 204649660101021 | B.P. | 12/11/2008 | 1150.00 | 1150.00 | 1035.00 | 115.00 | 45.00 | 45.00 | 4/14/2010 |
| 327281220101010 | C.G. | 01/08/2009 | 1150.00 | 1150.00 | 1035.00 | 115.00 | 45.00 | 45.00 | 4/14/2010 |
| 187076800101045 | A.K. | 12/23/2008 | 624.09 | 624.09 | 499.27 | 124.82 | 45.00 | 45.00 | 1/29/2014 |
| 336363110101018 | E.R. | 04/16/2008 | 841.33 | 1343.96 | 1209.57 | 134.39 | 0.00 | 0.00 | 8/10/2009 |
| 329311010107014 | R.T. | 12/05/2008 | 624.09 | 624.09 | 468.07 | 156.02 | 45.00 | 45.00 | 10/20/2010 |
| 322501660101013 | N.S. | 02/11/2008 | 502.63 | 1892.63 | 1703.37 | 189.26 | 45.00 | 45.00 | 8/10/2009 |
| 322501660101013 | N.S. | 03/27/2008 | 1150.00 | 1892.63 | 1703.37 | 189.26 | 0.00 | 0.00 | 8/10/2009 |
| 322501660101013 | N.S. | 03/27/2008 | 240.00 | 1892.63 | 1703.37 | 189.26 | 0.00 | 0.00 | 8/10/2009 |
| 304503630101018 | Y.K. | 03/22/2008 | 789.00 | 1939.00 | 1745.10 | 193.90 | 45.00 | 45.00 | 8/10/2009 |
| 304503630101018 | Y.K. | 04/10/2008 | 1150.00 | 1939.00 | 1745.10 | 193.90 | 0.00 | 0.00 | 8/10/2009 |
| 340441980101021 | A.F. | 04/15/2008 | 841.33 | 1343.96 | 1075.16 | 268.80 | 45.00 | 45.00 | 9/22/2011 |

**EXHIBIT 7 – Damages Spreadsheet** (12-cv-6383)

| A. Claim # | B. Patient | C. D.O.S. | D. Claim Amount | E. Suit Amount | F. Recouped & Offset | G. Balance | H. Court Costs | I. Court Costs Recouped | J. Court Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 340441980101021 | A.F. | 04/14/2008 | 502.63 | 1343.96 | 1075.16 | 268.80 | 0.00 | 0.00 | 9/22/2011 |
| 166909140101025 | Z.N. | 11/12/2008 | 520.92 | 1651.67 | 1321.34 | 330.33 | 0.00 | 0.00 | 1/29/2014 |
| 166909140101025 | Z.N. | 11/12/2008 | 506.66 | 1651.67 | 1321.34 | 330.33 | 0.00 | 0.00 | 1/29/2014 |
| 257748380101018 | C.M. | 12/26/2008 | 445.50 | 1595.50 | 1150.00 | 445.50 | 45.00 | 45.00 | 12/8/2010 |
| 257748380101018 | C.M. | 12/26/2008 | 1150.00 | 1595.50 | 1150.00 | 445.50 | 0.00 | 0.00 | 12/8/2010 |
| 162170070101022 | M.W. | 03/24/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 9/16/2009 |
| 116931460101055 | M.M. | 05/12/2008 | 502.63 | 502.63 | 0.00 | 502.63 | 45.00 | 0.00 | 10/19/2009 |
| 178969730101013 | J.N. | 05/19/2008 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 10/19/2009 |
| 297272980101015 | J.S. | 01/09/2009 | 506.66 | 506.66 | 0.00 | 506.66 | 45.00 | 0.00 | 4/19/2010 |
| 107512710101193 | J.M. | 05/19/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 10/19/2009 |
| 299739750101019 | J.J. | 05/14/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 10/19/2009 |
| 335094630101011 | M.D. | 08/21/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 3/21/2011 |
| 302039000101017 | I.F. | 08/04/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 9/21/2010 |
| 319921740101012 | G.S. | 07/08/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 9/21/2010 |
| 215343280101010 | E.S. | 07/07/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 9/21/2010 |
| 291298980101016 | V.H. | 06/30/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 9/21/2010 |
| 175501380101036 | R.N. | 06/30/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 9/21/2010 |
| 281649050101017 | E.V. | 07/30/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 9/21/2010 |
| 293632530101043 | V.A. | 12/08/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 11/3/2010 |
| 293632530101043 | M.G. | 12/05/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 1/18/2011 |
| 296883660101017 | L.R. | 10/07/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 12/9/2013 |
| 138762990101040 | S.B. | 10/21/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 4/19/2010 |
| 356001650101015 | R.A. | 11/25/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 4/19/2010 |
| 341603130101016 | J.C. | 01/16/2009 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 10/19/2010 |
| 175879850101102 | T.S. | 09/24/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 4/19/2010 |
| 114516270101148 | G.B. | 12/11/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 12/13/2013 |

**EXHIBIT 7 – Damages Spreadsheet** (12-cv-6383)

| A. Claim # | B. Patient | C. D.O.S. | D. Claim Amount | E. Suit Amount | F. Recouped & Offset | G. Balance | H. Court Costs | I. Court Costs Recouped | J. Court Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 321899320101022 | K.A. | 09/26/2008 | 624.09 | 624.09 | 0.00 | 624.09 | 45.00 | 0.00 | 5/9/2014 |
| 337680450101012 | C.T. | 06/24/2008 | 828.15 | 828.15 | 0.00 | 828.15 | 45.00 | 0.00 | 9/21/2010 |
| 101207300101267 | C.S. | 07/04/2008 | 828.15 | 828.15 | 0.00 | 828.15 | 45.00 | 0.00 | 7/5/2011 |
| 301305570101039 | C.C. | 10/10/2008 | 828.15 | 828.15 | 0.00 | 828.15 | 45.00 | 0.00 | 12/30/2013 |
| 335944230101011 | M.T. | 04/17/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 9/30/2009 |
| 327120250101013 | S.M. | 04/14/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 10/6/2009 |
| 307712830101010 | R.G. | 04/28/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 9/15/2009 |
| 332285700101013 | A.S. | 05/05/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 10/19/2009 |
| 166233270101048 | J.H. | 12/12/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 4/14/2010 |
| 292403190101025 | O.O. | 09/29/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 5/9/2014 |
| 246465330101014 | A.F. | 12/19/2008 | 841.33 | 841.33 | 0.00 | 841.33 | 45.00 | 0.00 | 12/13/2010 |
| 290495980101027 | B.R. | 03/31/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 10/20/2009 |
| 323807160101018 | G.M. | 05/05/2008 | 1150.00 | 2300.00 | 1150.00 | 1150.00 | 45.00 | 45.00 | 10/18/2010 |
| 323807160101018 | C.W. | 04/27/2008 | 1150.00 | 2300.00 | 1150.00 | 1150.00 | 0.00 | 0.00 | 10/18/2010 |
| 249984950101010 | R.K.N. | 05/12/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 10/19/2009 |
| 119195930101031 | D.P. | 08/22/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 6/8/2010 |
| 170903100101012 | T.B. | 07/08/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 3/7/2011 |
| 63877270101012 | M.L. | 12/26/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 10/20/2010 |
| 281447020101039 | C.C. | 11/17/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 12/20/2013 |
| 337570700101021 | R.W. | 12/12/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 4/14/2010 |
| 302845640101054 | H.G. | 09/23/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 3/12/2014 |
| 337570700101021 | Y.M. | 12/15/2008 | 1150.00 | 1150.00 | 0.00 | 1150.00 | 45.00 | 0.00 | 3/12/2014 |
| 289114370101025 | L.V. | 04/16/2008 | 1150.00 | 1390.00 | 240.00 | 1150.00 | 45.00 | 45.00 | 11/24/2010 |
| 289114370101025 | L.V. | 04/16/2008 | 240.00 | 1390.00 | 240.00 | 1150.00 | 0.00 | 0.00 | 11/24/2010 |
| 342218050101018 | J.D. | 07/01/2008 | 624.09 | 1774.09 | 600.00 | 1174.09 | 45.00 | 45.00 | 01/19/2011 |
| 342218050101018 | J.D. | 07/01/2008 | 1150.00 | 1774.09 | 600.00 | 1174.09 | 0.00 | 0.00 | 01/19/2011 |

**EXHIBIT 7 – Damages Spreadsheet** (12-cv-6383)

| A. Claim # | B. Patient | C. D.O.S. | D. Claim Amount | E. Suit Amount | F. Recouped & Offset | G. Balance | H. Court Costs | I. Court Costs Recouped | J. Court Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 201889260101012 | D.S.S. | 10/06/2008 | 624.09 | 1465.42 | 0.00 | 1465.42 | 45.00 | 0.00 | 1/8/2014 |
| 201889260101012 | D.S.S. | 10/06/2008 | 841.33 | 1465.42 | 0.00 | 1465.42 | 0.00 | 0.00 | 1/8/2014 |
| 012837116-0101-020 | L.M. | 08/16/2007 | 586.59 | 1467.01 | 0.00 | 1467.01 | 45.00 | 0.00 | 2/2/2011 |
| 012837116-0101-020 | L.M. | 08/16/2007 | 880.42 | 1467.01 | 0.00 | 1467.01 | 0.00 | 0.00 | 2/2/2011 |
| 329532210101024 | A.T. | 04/17/2009 | 1367.66 | 2842.40 | 1327.27 | 1515.13 | 45.00 | 45.00 | 6/16/2011 |
| 329532210101024 | A.T. | 05/15/2009 | 1474.74 | 2842.40 | 1327.27 | 1515.13 | 0.00 | 0.00 | 6/16/2011 |
| 301305570101039 | R.C. | 10/20/2008 | 1150.00 | 1595.50 | 0.00 | 1595.50 | 45.00 | 0.00 | 12/13/2013 |
| 301305570101039 | R.C. | 10/20/2008 | 445.50 | 1595.50 | 0.00 | 1595.50 | 0.00 | 0.00 | 12/13/2013 |
| 335858370101013 | J.C. | 01/16/2009 | 445.50 | 1595.50 | 0.00 | 1595.50 | 45.00 | 0.00 | 12/13/2013 |
| 335858370101013 | J.C. | 01/16/2009 | 1150.00 | 1595.50 | 0.00 | 1595.50 | 0.00 | 0.00 | 12/13/2013 |
| 262024050101016 | A.L. | 09/26/2008 | 1150.00 | 1595.50 | 0.00 | 1595.50 | 45.00 | 0.00 | 3/16/2011 |
| 262024050101016 | A.L. | 09/26/2008 | 445.50 | 1595.50 | 0.00 | 1595.50 | 0.00 | 0.00 | 3/16/2011 |
| 345441090101023 | J.A. | 06/09/2008 | 506.66 | 1656.66 | 0.00 | 1656.66 | 45.00 | 0.00 | 10/6/2010 |
| 345441090101023 | J.A. | 07/21/2008 | 1150.00 | 1656.66 | 0.00 | 1656.66 | 0.00 | 0.00 | 10/6/2010 |
| 178786230101081 | K.B. | 05/21/2008 | 624.09 | 1774.09 | 0.00 | 1774.09 | 45.00 | 0.00 | 11/16/2009 |
| 178786230101081 | K.B. | 09/22/2008 | 1150.00 | 1774.09 | 0.00 | 1774.09 | 0.00 | 0.00 | 11/16/2009 |
| 283007390101031 | K.J. | 07/01/2008 | 841.33 | 1991.33 | 0.00 | 1991.33 | 45.00 | 0.00 | 5/14/2014 |
| 283007390101031 | N.Y. | 07/01/2008 | 1150.00 | 1991.33 | 0.00 | 1991.33 | 0.00 | 0.00 | 5/14/2014 |
| 315138140101021 | P.P. | 06/30/2008 | 1150.00 | 2173.55 | 0.00 | 2173.55 | 45.00 | 0.00 | 3/17/2014 |
| 315138140101021 | P.P. | 06/30/2008 | 502.63 | 2173.55 | 0.00 | 2173.55 | 0.00 | 0.00 | 3/17/2014 |
| 315138140101021 | P.P. | 06/30/2008 | 520.92 | 2173.55 | 0.00 | 2173.55 | 0.00 | 0.00 | 3/17/2014 |

**EXHIBIT 7 – Damages Spreadsheet** (12-cv-6383)