# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

JUSTIN M. VOGEL
Senior Attorney
Email: jvogel@garfunkelwild.com
Direct Dial: (516) 393-2570

FILE NO.: 13597.0002

October 27, 2014

**By ECF**

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Sky Medical Supply, Inc. v. SCS Support Claims Services, Inc., et al.*
12-CV-06383 (JFB) (ETB)

Dear Judge Bianco:

We represent SCS Support Claim Services, Inc., Mitchell L. Weisman, M.D., William S. Kritzberg, M.D., Joseph C. Cole, M.D., Mitchell Ehrlich, M.D., Robert A. Sohn, M.D., Christopher Ferrante, M.D., William D. Rosner, M.D., Julio Westerband, M.D., Dante Brittis, M.D., Renat Sukhov, M.D., Nathan Zemel, M.D., Mark Weber, M.D., and Denis Mann, M.D. in the above-referenced matter (the "GW Defendants").

We write to petition the Court for a modest increase in the page limitation for Memoranda of Law and Affidavits (in support of the GW Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint) from 25 to **35 pages** each. The GW Defendants make this application because the Second Amended Complaint contains 303 paragraphs within 70 pages in support of their federal RICO and state-law claims, along with hundreds of pages of exhibits, all of which must be addressed in Defendants' motion papers. For that reason, it is respectfully requested that the GW Defendants' application to extend the page limitation be granted

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Justin M. Vogel*

Justin M. Vogel
Andrew L. Zwerling

Honorable Joseph F. Bianco
October 27, 2014
Page 2

JMV:kla

cc: All Counsel (via ECF)

GARFUNKEL WILD, P.C.

3040102v.1