UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

SKY MEDICAL SUPPLY, INC.,

                Plaintiff,

-against-

SCS SUPPORT CLAIMS SERVICES, INC., et al.,

                Defendants.
----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 22 2015 ★

LONG ISLAND OFFICE

ORDER
12-CV-6383 (JFB)(AKT)

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record on September 21, 2015, defendants' motions to dismiss (ECF Nos. 342, 349, 353, 354, 356, and 357) are granted with respect to the tenth, eleventh, and twelfth claims (the claims made under theories of common law fraud and unjust enrichment), and are denied in all other respects.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    September 22, 2015
           Central Islip, New York