UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
SKY MEDICAL SUPPLY, INC.,

                Plaintiff,

-against-                      ORDER
                                             12-CV-6383 (JFB)(AKT)

SCS SUPPORT CLAIMS SERVICES, INC., et al.,

                Defendants.
----------------------------------------X

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record today, the motions to dismiss the tortious interference with contract claims are granted. The motion to dismiss Mr. Vayner's tortious interference with business relations claim is granted; however, the motions to dismiss the tortious interference with business relations claims brought by the remaining counterclaimants are denied. However, counterclaimants shall be permitted to replead their tortious interference with contract claims and Mr. Vayner shall also be permitted to replead his tortious interference with business relations claim within thirty (30) days of this Order.

                                                     SO ORDERED.

                                                     _____
                                                     JOSEPH F. BIANCO
                                                     UNITED STATES DISTRICT JUDGE

Dated:      August 24, 2016
               Central Islip, New York