# GALLET DREYER & BERKEY, LLP
ATTORNEYS AT LAW

845 Third Avenue - 5th Floor
New York, NY 10022 - 6601
Telephone 212 - 935 - 3131
Facsimile 212 - 935 - 4514

September 13, 2016

**VIA ECF**

Hon. Joseph F. Bianco
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

          Re:    Sky Medical Supply, Inc. v.
                    SCS Support Claims Services, Inc., et al.
                    12 Civ. 06383 (JFB) (AKT)

Dear Judge Bianco:

      We represent defendants Nationwide Management Inc., Benjamin Osiashvili, Mikael Osiashvili, Svetlana Osiashvili, and Alex Vayner ("Nationwide Defendants") in this matter. Counsel for defendants Patient Focus Medical Examinations, P.C. and Tatiana Sharahy, M.D. ("Patient Focus Defendants") joins in this letter.

      In accordance with Your Honor's instructions on August 24, 2016 when Your Honor issued the Court's decision on plaintiff's motions to dismiss the counterclaims respectively asserted by the Nationwide Defendants and Patient Focus Defendants, this is to inform the Court, and counsel for plaintiff, that neither the Nationwide Defendants nor the Patient Focus Defendants intend to file amended pleadings with respect to their counterclaims.

      Your Honor indicated that plaintiff's obligation to reply to the Nationwide Defendants and Patient Focus Defendants' extant counterclaims would be held in abeyance pending such defendants informing the Court of their intentions concerning amendment. It is therefore our understanding that plaintiff should now to serve its replies to those counterclaims within fourteen days of today's date, per Fed. R. Civ. P. 12(a)(4)(A).

      We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        David S. Douglas

00789165.DOCX