UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

Sky Medical Supply Inc.,

                         Plaintiff(s),

- against -

SCS Support Claims Services, Inc., et al.

                collectively, the Defendants.

Civil Action No. CV 12-06383

**NOTICE OF WITHDRAWAL OF APPEARANCE**

---

To the Clerk of the Court and All Parties of Record:

    **PLEASE TAKE NOTICE THAT**, Daniel Grace is no longer with Gary Tsirelman, P.C., and his appearance as counsel for Plaintiff in the above-captioned matter, and his name, should be removed from the Court's and the parties' service lists. Gary Tsirelman, P.C. continues to serve as counsel for Plaintiff, and all future correspondence and papers in this action should continue to be directed to them.


Dated:  Brooklyn, NY
          09/27/2016

GARY TSIRELMAN P.C.
*Attorneys for Plaintiff*

By:__/s/_____
Nicholas Bowers
129 Livingston Street
Brooklyn, NY 11201
(718) 438-1200