**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SKY MEDICAL SUPPLY, INC.,

                Plaintiff,

       -against-                                       CV 12-6383 (JFB) (AKT)

SCS SUPPORT CLAIM SERVICES, INC., PATIENT FOCUS MEDICAL EXAMINATIONS, PC d/b/a ALL BOROUGH MEDICAL, PC, NATIONWIDE MANAGEMENT INC., BAB MANAGEMENT INC., MANAGEMENT COMPANY A, MANAGEMENT COMPANY B, MANAGEMENT COMPANY C, MANAGEMENT COMPANY D, MANAGEMENT COMPANY E, BENJAMIN OSIASHVILI a.k.a VENIAMIN OSIASHVILI, MIKAEL OSIASHVILI a.k.a MICHAEL OSIASHVILI, SVETLANA OSIASHVILI, ALEKSEY VAYNER a.k.a ALEX VAYNER, EITAN DAGAN, MANAGER DEFENDANT A, MANAGER DEFENDANT B, MANAGER DEFENDANT C, MANAGER DEFENDANT D, MANAGER DEFENDANT E, TATIANA SHARAHY, MD, MITCHELL EHRLICH, MD, JOSEPH C. COLE, MD, JULIO WESTERBAND, MD, WILLIAM A. ROSS, MD, RENAT R. SUKHOV, MD, WILLIAM S. KRITZBERG, MD, ROBERT A. SOHN, DC, STANLEY ROSS, MD, MITCHELL L. WEISMAN, MD, MARK WEBER, MD, GARY J. FLORIO, MD, ANTONIO MARTINS, MD, DAMION A. MARTINS, MD, M.S., DANTE BRITTIS, MD, CHRISTOPHER FERRANTE, DC, BRIAN FREINDLICH, DC, WAYNE KERNESS, MD, DENIS MANN, DC, ANDREW MILLER, MD, ANDREW BAZOS, MD, DREW STEIN, MD, LINDA ACKERMAN and EVGENIYA VAKIDOVA,

                Defendants.
-----------------------------------------------------------------X
**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has reviewed Plaintiff's request for a 120-day extension of the deadline to exchange expert reports, *see* DE 605, and Defendants' reply. *See* DE 606. In light of the history of this case, the Court is granting in part, and denying in part, Plaintiff's request. The parties are granted a **60-day** extension of the deadline to serve expert reports (new deadline is October 31,

2018), *see* DE 598 ¶ 5, with a concomitant extension of 60 days of the deadline to file a letter request with Judge Bianco for a pre-motion conference for purposes of filing a *Daubert* motion (new deadline is November 19, 2018). *See id.*

**SO ORDERED.**

Dated: Central Islip, New York
September 18, 2018

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge