**CIVIL CAUSE FOR TELEPHONE PREMOTION CONFERENCE**
**BEFORE: JUDGE BIANCO**

**DATE:** 2/20/2019                                       **TIME:** 4:12 p.m. (24 mins.)

CASE NUMBER:    CV-12-6383

TITLE:    Sky Medical Supply, Inc. v. SCS Support Claims Services, Inc., et al

PLTFS ATTY:    Gary Tsirelman
Stefan Belinfanti
Nicholas Bowers

DEFTS ATTY:    Justin Vogel
Cecilia Ehresman
E. Christopher Murray
David Douglas
Peter Creedon

FTR RECORDER:    4:12 to 4:36            COURTROOM DEPUTY: ELR

__X__    CASE CALLED.

__X__    PREMOTION CONF HELD

_____    MOTION SHALL BE FILED BY ___/___/2019
OPPOSITION SHALL BE FILED BY ___/___/2019
REPLY SHALL BE FILED BY ___/___/2019

_____    ORAL ARGUMENT SET FOR ___/___/2019 at _____

_____    ARGUMENT HEARD / CONT'D TO_____.

_____    DECISION: Entered.

OTHER: Parties are directed to file a status report, with this Court, as to the Daubert issues outlined on the record within one (1) week of the date of this conference. Parties are further advised that if they wish to re-open discovery, a motion should be made to Magistrate Judge Tomlinson within two (2) weeks of the date of this conference.