

David S. Douglas, Esq.
Partner
Email: dsd@gdblaw.com

March 9, 2023

**VIA ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:  Sky Medical Supply, Inc. v.
                SCS Support Claims Services, Inc., et al.
                <u>12 Civ. 06383 (PKC) (SIL)</u>

Dear Judge Chen:

      We represent defendants Nationwide Management Inc., Benjamin Osiashvili, Mikael Osiashvili, Svetlana Osiashvili, and Alex Vayner ("Nationwide Defendants") in this matter. This is to advise the Court that, in accordance with Your Honor's Rules and the briefing schedule established with respect to defendants' motions for summary judgment as to the issue of the statute of limitations, we have served the following upon all counsel in this action:

1. A copy of this letter.
2. A Notice of Motion.
3. Affidavit of David S. Douglas in Support of Motion for Summary Judgment and Exhibit A-L thereto.
4. Nationwide Defendants' Rule 56.1 Statement.
5. Memorandum of Law in Support of the Nationwide Defendants' Motion for Summary Judgment on Statute of Limitations Grounds.

                                                  Respectfully submitted,

                                                  David S. Douglas

01485197.DOCX

845 Third Avenue, 5th Floor ▪ New York, New York 10022-6601
T: 212.935.3131 ▪ F: 212.935.4514 ▪ www.gdblaw.com