

Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792

**ANDREW P. NITKEWICZ**
PARTNER
DIRECT DIAL: (516) 357-3895
DIRECT FAX: (516) 296-9155
ANITKEWICZ@CULLENLLP.COM

March 9, 2023

<u>Via ECF and First Class Mail</u>

David S. Douglas
Gallet Dreyer & Berkey LLP
845 Third Avenue, 8th Floor
New York, NY 10022

Justin M. Vogel, Esq.
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY 11021

E Christopher Murray
Ruskin Moscou Faltischek, PC
1425 RXR Plaza
Uniondale, NY 11556

Peter Creedon
Creedon & Gill
24 Woodbine Ave# 14
Northport, NY 11768

Stefan Belinfanti, Esq.
Gary Tsirelman, P.C.
Attorneys for Plaintiffs
129 Livingston, 3rd Floor
Brooklyn, NY 11201

Re:   *Sky Medical Supply, Inc. v. SCS Support Claims Services, Inc.*
       Docket No. 12-cv-06383 (PKC)(SIL)

Sirs/Madams:

The undersigned represents defendants, PATIENT FOCUS MEDICAL EXAMINATIONS, P.C. and TATIANA SHARAHY, M.D ("Patient Focus Defendants") in the above-referenced matter.

---

FOUNDED 1850

NEW YORK    NEW JERSEY    WASHINGTON DC



      Pursuant to the directives and briefing schedule of the Court, enclosed herein please find a Notice of Motion pursuant to Fed R. Civ. P. 56, seeking an Order granting summary judgment in favor of the Patient Focus defendants (a) dismissing plaintiff's RICO claims as against the Patient Focus Defendants except to the extent that they arise out of eleven specific denied insurance claims identified in the Patient Focus Defendants' accompanying memorandum of law, as to which plaintiff seeks damages in an aggregate amount of $11,364.06; (b) dismissing plaintiff's tortious interference claim as against the Patient Focus Defendants and (c) granting such other and further relief to the Patient Focus Defendants as the Court deems just and proper.

      Enclosed please also find a Memorandum of Law in Support of the above referenced motion, a Rule 56.1 Statement of Facts, and an Affidavit of the undersigned with nine (9) exhibits attached in support.

Very truly yours,

*Andrew P. Nitkewicz*

Andrew P. Nitkewicz

APN/kr