**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

www.garfunkelwild.com

**JUSTIN M. VOGEL**
Partner/Director
Licensed in NY
Email: jvogel@garfunkelwild.com
Direct Dial: (516) 393-2570

FILE NO.: 00638.1399

March 10, 2023

**By ECF (*without enclosures*) and E-mail**

Gary Tsirelman, Esq.
Stefan Belifanti, Esq.
Nicholas Paul Bowers, Esq.
Gary Tsirelman P.C.
65 Jay Street
Third Floor
Brooklyn, NY 11201

Re: *Sky Medical Supply, Inc. v. SCS Support Claims Services, Inc., et al.*
Docket Number 12-cv-06383

Dear Counselors:

We are counsel to Dante Brittis, M.D.; Joseph C. Cole, M.D.; Christopher Ferrante, D.C.; Robert A. Sohn, M.D.; and Julio Westerband, M.D. (the "GW Defendants"). We enclose for service the GW Defendants' motion for partial summary judgment based on statute of limitations grounds, which includes the following papers:

1. Notice of Motion,

2. The GW Defendants' Local Rule 56 Statement of Material Facts,

3. Declaration of Justin M. Vogel in Support of Motion for Summary Judgment dated March 10, 2023, with Exhibits 1-14; and

4. The GW Defendants' Memorandum of Law In Support of Motion for Partial Summary Judgment.

Pursuant to the Court's directions on bundling and e-filing at the end, all motion papers will be electronically filed on August 31, 2023.

Very truly yours,

*/s/ Justin M. Vogel*

Justin M. Vogel

Enclosures
cc: All Counsel of Record *via ECF (without enclosures) and E-mail (with enclosures)*

**NEW YORK**          **NEW JERSEY**          **CONNECTICUT**

6782227v.1